People v Gaudin (2024 NY Slip Op 50735(U))

[*1]

People v Gaudin (Gaetan)

2024 NY Slip Op 50735(U)

Decided on June 17, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on June 17, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Tisch, James, JJ.

570305/18

The People of the State of New York, Respondent,
against
Gaetan Gaudin, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Steven M. Statsinger, J.), rendered November 21, 2017, after a jury trial, convicting him of driving while intoxicated, and imposing sentence.

Per Curiam.
Judgment of conviction (Steven M. Statsinger, J.), rendered November 21, 2017, affirmed.
The verdict convicting defendant of driving while intoxicated (see Vehicle and Traffic Law § 1192[3]) was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility (see People v Danielson, 9 NY3d 342, 348—349 [2007]). The arresting officer testified that defendant was driving without his headlights on at 4:10 a.m., while exhibiting visible signs of intoxication, including bloodshot and watery eyes, slurred speech and an odor of alcohol on his breath; he had two poker-style drink chips from a bar in his pocket; and the IDTU video showed defendant refusing to take a breath test (see People v Cruz, 48 NY2d 419 [1979], appeal dismissed 446 US 901 [1980]). Although defendant's testimony was supported by that of several witnesses, it is the quality of the testimony that controls, not the number of witnesses who testify (see People v Garcia, 149 AD3d 508 [2017], lv denied 29 NY3d 1091 [2017]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 17, 2024